JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES DABNEY, | Case No. 2:25-cv-12451-WLH-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: June 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE